284

STATE

v.

**JOHNSON**

**20170013**

Supreme Court of Utah.

04/06/2017

20141155, 387 P.3d 1048

Petition for Writ of Certiorari Denied.

STATE

v.

**PHILLIP**

**20170052**

Supreme Court of Utah.

04/06/2017

20150278, 391 P.3d 334

Petition for Writ of Certiorari Denied.

STATE

v.

**HINMON**

**20161061**

Supreme Court of Utah.

04/03/2017

20150015, 385 P.3d 751

Petition for Writ of Certiorari Denied.

STATE

v.

**ISAACSON**

**20170075**

Supreme Court of Utah.

04/03/2017

20150591, 391 P.3d 364

Petition for Writ of Certiorari Denied.